IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JUSTIN LASTER , | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00464-TES |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 24, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 25th day of September, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk